UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-12049-GAO

SIDEL MOKHTAR BELGHITI,
Plaintiff,

v.

SELECT RESTAURANTS, INC., d/b/a TOP OF THE HUB RESTAURANT AND SKYWALK
Defendant.

OPINION AND ORDER
April 18, 2012

O'TOOLE, D.J.

Plaintiff has moved to compel further production of documents and further answers to interrogatories pursuant to Rule 37 of the Federal Rules of Civil Procedure. The plaintiff argues the defendant's production is incomplete.

After careful review, the Motions to Compel (dkt. nos. 14 and 15) are DENIED. To the extent they seek information beyond the substantial document production and written answer to interrogatories, plaintiff's discovery requests are overbroad, burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge